UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LEE WALKER,<br>    Plaintiff,<br>  v.<br>GREGORY J. AHERN, et. al,<br>    Defendants. | Case No. 16-cv-04988-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendant Aherns's Motion for Summary Judgment; and Dismissing Without Prejudice Remaining Claim Against Doe Defendants,

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of Defendant Ahern and against Plaintiff, that the remaining claim be dismissed without prejudice against Defendant "John Does 1-5, 7, 8" and "Jane Doe 6" in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: May 17, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge